```
Docket as of February 7, 2001 12:29 pm              Page 1

Proceedings include all events.                          TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al       APPEAL
```

TERMED APPEAL

U.S. District Court
U.S. District Court for the District of Oregon (Portland)

CIVIL DOCKET FOR CASE #: 98-CV-97

OR Nat Desert Assn, et al v. Palma, et al              Filed: 01/22/98
Assigned to: Honorable James A Redden
Demand: $0,000                          Nature of Suit: 893
Lead Docket: None                       Jurisdiction: US Defendant
Dkt # in C/A 12/31/98 : is  :99-  -35037

Cause: 42:4321 Review of Agency Action-Environment


OREGON NATURAL DESERT              Stephanie M Parent
ASSOCIATION                        503-768-6736
        Plaintiff                  [COR LD NTC]
                                   Pacific Environmental Advocacy
                                   Center
                                   10015 SW Terwilliger Blvd
                                   Portland, OR 97219-7799
                                   (503) 768-6707
                                   FTS 768-6671

                                   Jack K Sterne, Jr
                                   [COR LD NTC]
                                   106 F Street
                                   Anchorage, AK 99501
                                   907-276-4244
                                   FTS 276-7110


OREGON WILDLIFE FEDERATION         Stephanie M Parent
        Plaintiff                  (See above)
                                   [COR LD NTC]

                                   Jack K Sterne, Jr
                                   (See above)
                                   [COR LD NTC]


IDAHO WATERSHED PROJECT            Stephanie M Parent
        Plaintiff                  (See above)
                                   [COR LD NTC]

                                   Jack K Sterne, Jr
                                   (See above)
                                   [COR LD NTC]


COMMITTEE FOR IDAHO'S HIGH         Stephanie M Parent
DESERT                             (See above)

```
Docket as of February 7, 2001 12:29 pm                 Page 2

Proceedings include all events.                                TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al             APPEAL

        Plaintiff                      [COR LD NTC]


                                       Jack K Sterne, Jr
                                       (See above)
                                       [COR LD NTC]


    v.


ED SINGLETON, in his official          Kristine Olson
capacity as Vale District              [COR LD NTC]
Manager, Bureau of Land                Thomas C Lee
Management                             [COR LD NTC]
        Defendant                      US Attorneys Office
  [term  01/14/00]                     1000 SW Third Ave
                                       Suite 600
                                       Portland, OR 97204-2902
                                       (503) 727-1000


JERRY L TAYLOR, in his                 Kristine Olson
official capacity as Jordan            (See above)
Resource Area Manager Bureau           [COR LD NTC]
of Land Management                     Thomas C Lee
        Defendant                      (See above)
                                       [COR LD NTC]


BUREAU OF LAND MANAGEMENT, an          Kristine Olson
agency of US Department of             (See above)
Interior                               [COR LD NTC]
        Defendant                      Thomas C Lee
                                       (See above)
                                       [COR LD NTC]


SECRETARY OF THE DEPARTMENT OF         Kristine Olson
THE INTERIOR, Bruce Babbitt in         (See above)
his official capacity as               [COR LD NTC]
Secretary                              Thomas C Lee
        Defendant                      (See above)
                                       [COR LD NTC]


JUAN PALMA, in his official            Kristine Olson
capacity as Vale District              (See above)
Manager Bureau of Land                 [COR LD NTC]
Management                             Thomas C Lee
        Defendant                      (See above)
                                       [COR LD NTC]


========================
```

```
Docket as of February 7, 2001 12:29 pm              Page 3

Proceedings include all events.                            TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al         APPEAL
```

```
OREGON CATTLEMAN'S ASSOCIATION,      Scott W Horngren
a non-profit organization on         [COR LD NTC]
behalf of its members                Haglund Kirtley Kelley &
      Intervenor-defendant           Horngren LLP
                                     101 SW Main
                                     Suite 1800
                                     Portland, OR 97204
                                     503-225-0777
                                     FTS 225-1257

                                     Jeffrey B Teichert
                                     [COR]
                                     Franklin J Falen
                                     [COR]
                                     Budd-Falen Law Offices
                                     623 West 20th Street
                                     P O Box 346
                                     Cheyenne, WY 82003
                                     307-632-5105

                                     Jeffrey B Wilkinson
                                      [term  02/09/00]
                                     [COR LD NTC]
                                     Stewart Sokol & Gray
                                     One SW Columbia
                                     1500 Benjamin Franklin Plaza
                                     Portland, OR 97258
                                     503-221-0699

                                     Karen J Budd-Falen
                                     Below Address Terminated on 1/4/99
                                     [COR]
                                     Budd-Falen Law Offices
                                     P O Box 346
                                     300 East 18th Street
                                     Cheyenne, WY 82003-0346
                                     307-632-5105
```

Docket as of February 7, 2001 12:29 pm          Page 4

Proceedings include all events.                          TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al        APPEAL

1/22/98  1    COMPLAINT re failure to comply with environmental laws
              (Wild and Scenic River Plan (Cause Code: 42:4321) (Receipt
              # 401462) (sher) [Entry date 01/23/98]

1/22/98  2    ORDER Discovery Schedule discovery ddl set for 5/22/98
              pretrial order deadline set for 6/22/98 (sher)
              [Entry date 01/23/98]

1/22/98  3    SUMMONS ISSUED as to Defendant BLM c/o Kristine Olson, US
              Attorney (sher) [Entry date 01/23/98]

1/22/98  4    SUMMONS ISSUED as to Defendant BLM c/o Janet Reno US
              Attorney General Washington DC (sher) [Entry date 01/23/98]

1/22/98  5    SUMMONS ISSUED as to Defendant Dept of Interior c/o Bruce
              Babbitt, Secretary (sher) [Entry date 01/23/98]

1/22/98  6    SUMMONS ISSUED as to Defendant BLM Washington DC (sher)
              [Entry date 01/23/98]

1/22/98  7    SUMMONS ISSUED as to Defendant Jerry L Taylor Bureau of
              Land Managment (sher) [Entry date 01/23/98]

1/22/98  8    SUMMONS ISSUED as to Defendant Ed Singleton Bureau of Land
              Management (sher) [Entry date 01/23/98]

3/23/98  9    ANSWER by Defendant Ed Singleton, Jerry L Taylor and BLM,
              Defendant Dept of Interior to complaint [1-1] (sher)

4/21/98  10   MOTION by Oregon Cattlemen's Association TO INTERVENE (sher)

4/21/98  11   STIPULATION ALLOWING MOTION TO INTERVENE [10-1] (sher)

4/21/98  12   ANSWER  by Intervenor-defendant Oregon Cattleman's  to
              complaint [1-1] (sher)

4/24/98  13   MOTION  by Defendants  TO EXTEND TIME SET FOR FURTHER
              PROCEEDINGS (sher)

5/4/98   14   RECORD OF ORDER  by Honorable James A. Redden GRANTING
              Oregon Cattlemen's Association's MOTION TO INTERVENE [10-1]
              (counsel notified) (sher) [Entry date 05/05/98]

5/7/98   15   RECORD OF ORDER  by Honorable James A. Redden GRANTING
              Defendants UNOPPOSED MOTION  TO EXTEND TIME SET FOR FURTHER
              PROCEEDINGS [13-1] discovery deadline set for 6/15/98;
              dispositive motions due 6/29/98; Dispositive Motion
              Telephone Hearing set for 10:00am 10/5/98 (Court will
              initiate call) Dates for Trial, Pretrial Conference,
              Pretrial Order will be set after court rules on S/J motions
              if necessary (counsel notified) (sher) [Entry date 05/08/98]

5/14/98  16    ADMINISTRATIVE RECORD Folder 7; Documents 185-220 (1 of 5)
               FILED by Defendants (sher)


Docket as of February 7, 2001 12:29 pm            Page 5

Proceedings include all events.                   TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al        APPEAL


5/14/98  17    ADMINISTRATIVE RECORD Folder 7; Documents 185-220 (2-5)
               FILED by Defendants (sher)

5/14/98  18    ADMINISTRATIVE RECORD Folder 7; Documents 185-220 (3 of 5)
               FILED by Defendants (sher)

5/14/98  19    ADMINISTRATIVE RECORD Folder 7; Documents 185-220 (4 of 5)
               FILED by Defendants (sher)

5/14/98  20    ADMINISTRATIVE RECORD Folder 7; Documents 185- 220 (5 of 5)
               FILED by Defendants (sher)

5/14/98  21    ADMINISTRATIVE RECORD Folder 8; Documents 221-246  FILED by
               Defendants (sher)

5/14/98  22    APPENDIX CERTIFICATION OF ADMINISTRATIVE RECORD; INDEX TO
               AR; Folder 1; Documens 1-37 filed by Defendants re [21-1],
               re [20-1], re [19-1], re [18-1], re [17-1], re [16-1] (sher)

5/14/98  23    ADMINISTRATIVE RECORD Folder 2; Documents 38-75 FILED by
               Defendants (sher)

5/14/98  24    ADMINISTRATIVE RECORD Folder 3; Documents 76- 94 FILED by
               Defendants (sher)

5/14/98  25    ADMINISTRATIVE RECORD Folder 4; Documents 95 - 129 FILED by
               Defendants (sher)

5/14/98  26    ADMINISTRATIVE RECORD Folder 5; Documents 130 - 168 FILED
               by Defendants (sher)

5/14/98  27    ADMINISTRATIVE RECORD Folder 6; Documents 169 - 184 FILED
               by Defendants (1 of 4) (sher)

5/14/98  28    ADMINISTRATIVE RECORD Folder 6; Documents 169 - 184 (2 of
               4) FILED by Defendants (sher)

5/14/98  29    ADMINISTRATIVE RECORD Folder 6; Documents 169 - 184 (3 of
               4) FILED by Defendants (sher)

5/14/98  30    ADMINISTRATIVE RECORD Folder 6; Documents 169 - 184 (4 of
               4) FILED by Defendants (sher)

5/14/98  31    CERTIFICATE OF SERVICE of [30-1], [29-1], [28-1], [27-1],
               [26-1], [25-1], [24-1], [23-1], documents [22-1], [21-1],
               [20-1], [19-1], [18-1], [17-1], [16-1] by Defendants (sher)

6/29/98  32    MOTION  by Plaintiffs FOR SUMMARY JUDGMENT (sher)
               [Entry date 06/30/98]

```
6/29/98  33     MEMORANDUM IN SUPPORT by Plaintiffs of MOTION FOR SUMMARY
                JUDGMENT [32-1] (sher) [Entry date 06/30/98]
```

```
Docket as of February 7, 2001 12:29 pm              Page 6

Proceedings include all events.                              TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al           APPEAL
```

```
6/29/98  34     CONCISE STATEMENT OF MATERIAL FACTS by Plaintiffs in
                support of MOTION FOR SUMMARY JUDGMENT [32-1] (sher)
                [Entry date 06/30/98]

6/29/98  35     DECLARATION by Plaintiffs  of Jack K Sterne re MOTION FOR
                SUMMARY JUDGMENT [32-1] (sher) [Entry date 06/30/98]

6/29/98  36     CERTIFICATE OF SERVICE of declaration [35-1], statement
                [34-1], memorandum [33-1], MOTION FOR SUMMARY JUDGMENT
                [32-1] by Plaintiffs (sher) [Entry date 06/30/98]

7/22/98  37     MOTION  by Defendants  TO EXTEND TIME (RESCHEDULE FURTHER
                PROCEEDINGS RE MINUTE ORDER OF 5/7/98) [15-1], [15-2] (sher)
                [Entry date 07/23/98]

7/27/98  38     UNOPPOSED MOTION  by Plaintiffs  TO EXTEND TIME FOR
                HEARING SCHEDULED 10/5/98 [15-1] (sher)
                [Entry date 07/28/98]

8/4/98   39     RECORD OF ORDER  by Honorable James A. Redden GRANTING
                Defendants UNOPPOSED MOTION TO EXTEND TIME FOR HEARING
                SCHEDULED 10/5/98 [15-1] [38-1] dispositive motions due
                8/27/98; Response to dispositive motions due 9/10/98; Reply
                to response due 9/24/98; Motion Hearing set for 8:15am to
                10:0am 10/15/98 in Courtroom 15B; Dates for trial,
                pretrial conference, pretrial order and documents will be
                set after court rules on S/J motions if necessary (counsel
                notified) (sher) [Entry date 08/05/98]

8/20/98  40     APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney
                Jeffrey B Teichert; Local Counsel: Jeffrey B Wilkinson
                representing Intervenor-defendant Oregon Cattleman's ; Fee
                paid, receipt # 405472; Approved 8/20/98  by Honorable
                James A. Redden (counsel notified) (sher)

8/20/98  41     APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney
                Karen Budd-Falen; Local Counsel: Jeffrey B Wilkinson
                representing Intervenor-defendant Oregon Cattleman's ; Fee
                paid, receipt # 405474;  Approved  by Honorable James A.
                Redden (counsel notified) (sher)

8/27/98  42     MOTION by Intervenor-defendant Oregon Cattleman's Assn FOR
                SUMMARY JUDGMENT (wri) [Entry date 08/28/98]

8/27/98  43     MEMORANDUM by Intervenor-defendant Oregon Cattleman's IN
                OPPOSITION TO Plaintiffs' MOTION FOR SUMMARY JUDGMENT
                [32-1] & REQUEST FOR INJUNCTIVE RELIEF (wri)
                [Entry date 08/28/98]
```

8/27/98  43    MEMORANDUM IN SUPPORT by Intervenor-defendant Oregon
               Cattleman's Assn of its MOTION FOR SUMMARY JUDGMENT [42-1]
               (filed as part of same document as MEMORANDUM IN OPPOSITION
               TO Plaintiffs' MOTION FOR SUMMARY JUDGMENT & REQUEST FOR
               INJUNCTIVE RELIEF) (wri) [Entry date 08/28/98]


Docket as of February 7, 2001 12:29 pm                    Page 7

Proceedings include all events.                          TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al       APPEAL


8/27/98  44    APPENDIX OF ADMINISTRATIVE RECORD filed by
               Intervenor-defendant Oregon Cattleman's Assn (wri)
               [Entry date 08/28/98]

8/27/98  45    CONCISE STATEMENT OF MATERIAL FACT by Intervenor-defendant
               Oregon Cattleman's Assn [43-1], [43-1], [42-1] (wri)
               [Entry date 08/28/98]

8/27/98  46    NOTICE OF FILING AFFIDAVITS IN SUPPORT OF MEMORANDUM IN
               OPPOSITION to Plaintiffs' MOTION FOR SUMMARY JUDGMENT &
               REQUEST FOR INJUNCTIVE RELIEF [43-1] & IN SUPPORT OF
               Intervenor's MOTION FOR SUMMARY JUDGMENT [42-1] with
               attached AFFIDAVITS OF GERTRUDE ANDERSON, TIM LEQUERICA,
               LAZARO MENDIETA, CHARLES M. O'ROURKE, FREDERICK W.
               OBERMILLER, HELEN SNAPP (unsigned), STEVEN G. RUSSELL, &
               SHERYL L. ANDERSON (wri) [Entry date 08/28/98]

8/27/98  47    NOTICE OF FILING UNSIGNED AFFIDAVIT (of Helen Snapp) [46-1]
               by Intervenor-defendant Oregon Cattleman's Assn (wri)
               [Entry date 08/28/98]

8/27/98  48    UNOPPOSED MOTION by Intervenor-defendant Oregon Cattleman's
               Assn TO EXCEED PAGE LIMITATION (wri) [Entry date 08/28/98]

8/27/98  49    MOTION by Federal Defendants FOR SUMMARY JUDGMENT; Oral
               Argument Requested (wri) [Entry date 08/28/98]

8/27/98  50    MEMORANDUM IN SUPPORT by Federal Defendants of MOTION FOR
               SUMMARY JUDGMENT [49-1] (wri) [Entry date 08/28/98]

8/27/98  51    MEMORANDUM by Federal Defendants IN OPPOSITION TO
               Plaintiffs' MOTION FOR SUMMARY JUDGMENT [32-1] (wri)
               [Entry date 08/28/98]

8/27/98  52    CONCISE STATEMENT OF MATERIAL FACTS by Federal Defendants
               in support of MOTION FOR SUMMARY JUDGMENT [49-1] (wri)
               [Entry date 08/28/98]

8/27/98  53    DECLARATION by Federal Defendants of Rich Law (wri)
               [Entry date 08/28/98]

8/27/98  54    MEMORANDUM by Federal Defendants IN OPPOSITION TO
               Plaintiff's CONCISE STATEMENT OF MATERIAL FACTS (wri)
               [Entry date 08/28/98]

8/27/98   55      DECLARATION by Federal Defendants of Jack Wenderoth (wri)
                  [Entry date 08/28/98]

8/27/98   56      EXHIBIT #104 filed by Federal Defendants (wri)
                  [Entry date 08/28/98]

8/27/98   57      EXHIBIT #105 filed by Federal Defendants (wri)
                  [Entry date 08/28/98]


Docket as of February 7, 2001 12:29 pm              Page 8

Proceedings include all events.                          TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al       APPEAL


8/27/98   58      EXHIBIT #106 filed by Federal Defendants (wri)
                  [Entry date 08/28/98]

8/27/98   59      EXHIBIT #107 filed by Federal Defendants (wri)
                  [Entry date 08/28/98]

8/27/98   60      EXHIBIT #108 filed by Federal Defendants (wri)
                  [Entry date 08/28/98]

8/27/98   61      EXHIBIT #109 filed by Federal Defendants (wri)
                  [Entry date 08/28/98]

8/27/98   62      EXHIBIT #110 filed by Federal Defendants (wri)
                  [Entry date 08/28/98]

8/27/98   63      EXHIBIT #111 filed by Federal Defendants (wri)
                  [Entry date 08/28/98]

8/27/98   64      DECLARATION by Federal Defendants of Jeff Wilbanks (wri)
                  [Entry date 08/28/98]

8/27/98   65      CERTIFICATE OF SERVICE of declaration [64-1], exhibits
                  [63-1], exhibits [62-1], exhibits [61-1], exhibits [60-1],
                  exhibits [59-1], exhibits [58-1], exhibits [57-1], exhibits
                  [56-1], declaration [55-1], memorandum [54-1], declaration
                  [53-1], statement [52-1], memorandum [51-1], memorandum
                  [50-1], MOTION FOR SUMMARY JUDGMENT [49-1] by Federal
                  Defendants (wri) [Entry date 08/28/98]

8/27/98   66      REPLY by Intervenor-defendant Oregon Cattleman's re
                  Plaintiffs statement of material facts [34-1] (sher)
                  [Entry date 08/28/98]

9/2/98    67      NOTICE of filing Affidavit of Julie Davis re Certificate of
                  Service for Concise Statement of Material Facts by
                  Intervenor-defendant Oregon Cattleman's (sher)

9/4/98    68      MOTION (UNOPPOSED) by Plaintiff  TO EXTEND TIME (TO MODIFY
                  BRIEFING SCHEDULE) [39-1] (sher) [Entry date 09/08/98]

9/8/98    69      RECORD OF ORDER  by Honorable James A. Redden GRANTING
                  Plaintiffs UNOPPOSED MOTION  TO EXTEND TIME (TO MODIFY
                  BRIEFING SCHEDULE) [39-1] [68-1] Response to dispositive

|          |    |                                                                                                                                                                              |
|----------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |    | motions due 9/17/98; Reply response due 10/5/98; Hearing date of 10/15/98 remains unchanged (counsel notified) (sher) [Entry date 09/11/98] [Edit date 09/11/98] |
| 9/15/98  | 70 | NOTICE of filing Original Affidavit of Helen Snapp by Intervenor-defendant Oregon Cattleman's (sher) [Entry date 09/16/98] |

Docket as of February 7, 2001 12:29 pm                    Page 9

Proceedings include all events.                                        TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al                     APPEAL

| Date      | No | Description |
|-----------|----|-------------|
| 9/17/98   | 71 | REPLY TO RESPONSE by Plaintiff re MOTION FOR SUMMARY JUDGMENT [42-1] and in Opposition to Defendants Motions for S/J (sher) [Entry date 09/18/98] |
| 9/17/98   | 72 | OBJECTIONS by Plaintiffs to Intervenor's statement of material fact [45-1] (sher) [Entry date 09/18/98] |
| 9/17/98   | 73 | DECLARATION by Plaintiffs of Dick Vander Schaaf (sher) [Entry date 09/18/98] |
| 9/17/98   | 74 | SECOND DECLARATION by Plaintiffs of Jack K Sterne (sher) [Entry date 09/18/98] |
| 9/17/98   | 75 | CERTIFICATE OF SERVICE of declaration [74-1], declaration [73-1], objection [72-1], MOTION reply [71-1] by Plaintiffs (sher) [Entry date 09/18/98] |
| 10/5/98   | 76 | REPLY by Intervenor-defendant Oregon Cattleman's to Plaintiffs MOTION FOR SUMMARY JUDGMENT [32-1] and REQUEST FOR PRELIMINARY INJUNCTION (kirk) |
| 10/5/98   | 77 | REPLY MEMORANDUM by Federal Defendants in Support of MOTION FOR SUMMARY JUDGMENT [49-1] (kirk) [Entry date 10/06/98] |
| 10/5/98   | 78 | DECLARATION by Federal Defendants of Clair F. Button (kirk) [Entry date 10/06/98] |
| 10/5/98   | 79 | DECLARATION by Federal Defendants of Jon Sadowski (kirk) [Entry date 10/06/98] |
| 10/5/98   | 80 | SECOND DECLARATION by Federal Defendants of Jeff Wilbanks (kirk) [Entry date 10/06/98] |
| 10/5/98   | 81 | CERTIFICATE OF SERVICE of declaration [80-1], declaration [79-1], declaration [78-1], MOTION reply [77-1] by Defendant (kirk) [Entry date 10/06/98] |
| 10/15/98  | 82 | NOTICE OF ADDRESS CHANGE by attorney Jack K Sterne for Plaintiffs OR Natural Desert, Oregon Wildlife Fed, Idaho Watershed Proj, Comm for Idaho High (sher) [Entry date 10/16/98] |

10/15/98 83    RECORD OF PROCEEDINGS before Honorable James A. Redden
               Plaintiffs MOTION FOR SUMMARY JUDGMENT [32-1]
               Defendant-Intervenor Oregon Cattleman's Assoc. MOTION FOR
               SUMMARY JUDGMENT [42-1] and Federal Defendants MOTION FOR
               SUMMARY JUDGMENT [49-1] taken under advisement as of
               10/15/98 (counsel notified) Court Rptr Daren Bloxham (sher)
               [Entry date 10/20/98]

10/22/98 84    RECORD OF ORDER  by Honorable James A. Redden telephone
               conference set for 10:30 10/29/98 (Court will initiate
               call) (counsel notified) (sher) [Entry date 10/23/98]

Docket as of February 7, 2001 12:29 pm                    Page 10

Proceedings include all events.                           TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al        APPEAL

10/29/98 85    RECORD OF PROCEEDINGS  before Honorable James A. Redden
               telephone conference held 10/29/98. Parties agree a
               partial Environmental Impact Statement cannot be prepared..
               Court will file Opinion on motions for S/J; Telephone
               Status Conference set for 10:30am 12/4/98 (Court will
               initiate call) (counsel notified) Rptr NONE (sher)
               [Entry date 11/02/98]

11/3/98  86    OPINION AND ORDER GRANTING Plaintiffs MOTION FOR SUMMARY
               JUDGMENT [32-1] AND DENIED IN PART; DENYING Defendants
               MOTION FOR SUMMARY JUDGMENT [49-1]; DENYING Intervenor's
               MOTION FOR SUMMARY JUDGMENT [42-1] (see file for full 29
               page opinion and order) Signed 11/3/98 by Honorable James
               A. Redden microfilmed 11/3/98 (counsel notified) (sher)

12/4/98  87    RECORD OF PROCEEDINGS (Telephone Status Conference) before
               Honorable James A. Redden  Response to dispositive
               motions due 1/4/99; Reply to response due 2/1/99 SETTING
               MOTION FOR PRELIMINARY INJUNCTION [76-1] on oral argument
               calendar of 9:30am 3/16/99 Courtroom 15B (counsel notified)
               Court Rptr Jerry Harris (sher) [Entry date 12/07/98]

12/15/98 88    MOTION  by Intervenor-defendant Oregon Cattleman's FOR
               ORDER TO VIEW PREMISES (sher)

12/21/98 89    NOTICE OF ADDRESS CHANGE  by attorney Karen Budd-Falen for
               Intervenor Oregon Cattleman's (sher) [Entry date 12/23/98]

12/28/98 90    RESPONSE by Plaintiffs to  Defendats MOTION FOR ORDER TO
               VIEW PREMISES [88-1]; Reply due 1/11/99 (sher)
               [Entry date 01/04/99]

12/31/98 91    NOTICE OF APPEAL to Court of Appeals by
               Intervenor-defendant Oregon Cattleman's   from opinion &
               order entered 11/3/98 [86-1] Receipt # 407951 (tely)
               [Entry date 01/05/99]

12/31/98 --    RECEIVED APPEAL fee from Oregon Cattleman's in amount of
               $105.00 (Receipt # 407951) (tomg) [Entry date 01/05/99]

| 1/5/99 | -- | NOTIFICATION OF APPEAL mailed to Court of Appeals For the Ninth Circuit and to counsel along with copy of appealed document and docket sheet. No CADS. (tomg) |
|---|---|---|
| 1/5/99 | 92 | RECORD OF ORDER by Honorable James A. Redden: Intervenor's MOTION TO VIEW PREMISES [88-1] is taken under advisement as of 1/5/99; SETTING Plaintiffs MOTION FOR PRELIMINARY INJUNCTION [76-1] (Hearing any additional argument and rule on motion) on oral argument calendar of 9:30am 3/16/99 (counsel notified) (sher) [Entry date 01/06/99] |
| 1/5/99 | 93 | MOTION by Plaintiff TO EXTEND TIME TO MODIFY BRIEFING SCHEDULE [87-1] (sher) [Entry date 01/07/99] |

Docket as of February 7, 2001 12:29 pm                    Page 11

Proceedings include all events.                                                    TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al                              APPEAL

| 1/5/99 | 94 | SUPPLEMENTAL BRIEF ON INJUNCTIVE RELIEF by Plaintiffs (sher) [Entry date 01/07/99] |
|---|---|---|
| 1/5/99 | 95 | DECLARATION by Plaintiff of David S Dobkin (sher) [Entry date 01/07/99] |
| 1/5/99 | 96 | DECLARATION by Plaintiffs of Hans D Radtke (sher) [Entry date 01/07/99] |
| 1/5/99 | 97 | CERTIFICATE OF SERVICE of minutes order [92-1], declaration [96-1], declaration [95-1], supplemental memorandum [94-1], MOTION TO EXTEND TIME TO MODIFY BRIEFING SCHEDULE [87-1] [93-1] by Plaintiffs (sher) [Entry date 01/07/99] |
| 1/6/99 | 98 | RECORD OF ORDER by Honorable James A. Redden GRANTING Plaintiffs UNOPPOSED MOTION TO EXTEND TIME TO MODIFY BRIEFING SCHEDULE [87-1] [93-1]; Plaintiffs file brief and declarations in support of injunctive relief by 1/5/99; Defendants and Defendant-Inbervenors to file their briefs in opposition by 2/5/99 (counsel notified) (sher) [Entry date 01/07/99] [Edit date 01/14/99] |
| 1/6/99 | 99 | TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s) 11/13/98 appeal [91-1] (submitted as a request) (tely) [Entry date 01/08/99] |
| 1/8/99 | 100 | EXHIBITS to Supplementat Brief [94-1] by Plaintiffs (sher) [Entry date 01/11/99] |
| 1/14/99 | 101 | REPLY TO RESPONSE (Plaintiffs opposition) by Intervenor-defendant Oregon Cattleman's re their MOTION FOR ORDER TO VIEW PREMISES [88-1] (sher) [Entry date 01/15/99] |
| 1/19/99 | 102 | JOINT MOTION by Defendants and Intervenor-defendant TO EXTEND TIME TO RESPOND TO Plaintifs SUPPLEMENTAL BRIEF ON INJUNCTIVE RELIEF [94-1] (sher) [Entry date 01/20/99] |
| 1/20/99 | 103 | ORDER by Honorable James A. Redden GRANTING INTERVENOR |

AND Defendants JOINT MOTION TO EXTEND TIME TO RESPOND TO
Plaintiffs SUPPLEMENTAL BRIEF ON INJUNCTIVE RELIEF [94-1]
[102-1]. Intevenor and Defendants shall each have until
2/16/99 Signed 1/20/99 (counsel notified) (sher)
[Entry date 01/21/99]

2/1/99    104    TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s)
10/25/98 appeal [91-1] (tely)

2/16/99   105    NOTIFICATION by US Court of Appeals for the Ninth Circuit
of Docket Number 99-35037 by Intervenor-defend regarding
appeal filed 12/31/98 [91-1] (tely) [Entry date 02/17/99]

Docket as of February 7, 2001 12:29 pm                    Page 12

Proceedings include all events.                           TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al        APPEAL

2/16/99   106    CERTIFIED COPY OF ORDER from the US Court of Appeals for
the Ninth Circuit re appeal filed 12/31/98 [91-1] CA
99-35037 setting briefing schedule: R/T order ddl 2/1/99;
transcript due 3/2/99; appellants brief 4/19/99; appellees
brief 5/18/99 with reply within 14 days (tely)
[Entry date 02/17/99]

2/16/99   107    SUPPLEMENTAL MEMORANDUM by Intervenor-defendant Oregon
Cattleman's IN OPPOSITION to Plaintiff's MOTION FOR
PRELIMINARY INJUNCTION [76-1] Reply due 3/2/99 (tely)
[Entry date 02/17/99]

2/16/99   108    NOTICE OF FILING DECLARATIONS & AFFIDAVITS; notice of
filing facsimile declaration, facsimile affidavts &
unnotarized affidavits filed by Intervenor-defendant re
memorandum [107-1] (tely) [Entry date 02/17/99]

2/16/99   109    MEMORANDUM by Federal  Defendants IN OPPOSITION to
Plaintiffs MOTION FOR PRELIMINARY INJUNCTION [76-1] Reply
due 3/2/99 (tely) [Entry date 02/17/99]

2/16/99   110    DECLARATION by Federal Defendants  of Jerry L Taylor re
memorandum [109-1] (not an original signature) (tely)
[Entry date 02/17/99]

2/16/99   111    EXHIBIT 112 filed by Federal Defendants re  [109-1] (tely)
[Entry date 02/17/99]

2/16/99   112    EXHIBIT 113 filed by Federal Defendants re memorandum
[109-1] (tely) [Entry date 02/17/99]

2/16/99   113    EXHIBIT #114 filed by Federal Defendants re memorandum
[109-1] (tely) [Entry date 02/17/99]

2/16/99   114    EXHIBIT & 115 filed by Federal Defendants re memorandum
[109-1] (tely) [Entry date 02/17/99]

```
2/16/99   115    EXHIBIT #116 filed by Federal Defendants re memorandum
                 [109-1] (tely) [Entry date 02/17/99]

2/16/99   116    EXHIBIT # 117 filed by Federal Defendants re memorandum
                 [109-1] (tely) [Entry date 02/17/99]

2/16/99   117    EXHIBIT # 118 filed by Federal Defendants re memorandum
                 [109-1] (tely) [Entry date 02/17/99]

2/16/99   118    EXHIBIT # 119 filed by Federal Defendants re memorandum
                 [109-1] (tely) [Entry date 02/17/99]

2/16/99   119    EXHIBIT # 120 filed by Federal Defendants re memorandum
                 [109-1] (tely) [Entry date 02/17/99]

2/16/99   120    EXHIBIT # 121 filed by Federal Defendants re memorandum
                 [109-1] (tely) [Entry date 02/17/99]
```

Docket as of February 7, 2001 12:29 pm              Page 13

Proceedings include all events.                              TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al           APPEAL

```
2/16/99   121    CERTIFICATE OF SERVICE of exhibits [120-1], exhibits
                 [119-1], exhibits [118-1], exhibits [117-1], exhibits
                 [116-1], exhibits [115-1], exhibits [114-1], exhibits
                 [113-1], exhibits [112-1], exhibits [111-1], declaration
                 [110-1], memorandum [109-1], declaration [108-1],
                 memorandum [107-1] by Federal  Defendants (tely)
                 [Entry date 02/17/99]

2/17/99   122    APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney
                 Franklin J Falen; Local Counsel: Jeffrey B Wilkinson
                 representing Intervenor-defendant Oregon Cattleman's ; Fee
                 paid, receipt # 408811;  Approved 2/17/99  by Honorable
                 James A. Redden (counsel notified) (sher)
                 [Entry date 02/18/99]

2/17/99   123    SUPPLEMENTAL BRIEF by Intervenor-defendant Oregon
                 Cattleman's re memorandum [107-1] opposing injunctive
                 relief (sher) [Entry date 02/19/99]

2/17/99   124    NOTICE OF CORRECTED CERTIFICATE OF SERVICE of supplemental
                 memorandum [123-1] by Intervenor-defendant Oregon
                 Cattleman's (sher) [Entry date 02/19/99]

2/17/99   125    DECLARATION by Defendants of Jerry L Taylor (sher)
                 [Entry date 02/19/99]

2/17/99   126    CERTIFICATE OF SERVICE of declaration [125-1] by Defendants
                 (sher) [Entry date 02/19/99]

2/18/99   127    TRANSCRIPT  of PROCEEDINGS HAD 10/15/98   before Honorable
                 James A. Redden appeal [91-1]   court reporter: Daren S
                 Bloxham (tely) [Entry date 02/22/99]
```

2/22/99  128    ERRATA to supplemental memorandum [107-1] by
                Intervenor-defendant Oregon Cattleman's (tely)

3/3/99   130    RECORD OF ORDER  by Honorable James A. Redden DENYING AS
                MOOT Defendants UNOPPOSED MOTION TO EXTEND TIME (RESCHEDULE
                FURTHER PROCEEDINGS RE MINUTE ORDER OF 5/7/98) [15-1],
                [15-2] [37-1] as it was granted in courts 8/4/98 order re
                new case schedule; GRANTING Intervenor-defendant Oregon
                Cattlemans Assoc UNOPPOSED MOTION TO EXCEED PAGE LIMITATION
                [48-1] as it was filed 8/27/98 [43-1] (sher)
                [Entry date 03/12/99] [Edit date 03/12/99]

3/10/99  129    RECORD OF ORDER: Plaintiffs, Defendants and Intervenors
                each allotted one half hour for oral argument on 3/16/99,
                Plaintiffs allotted additional 15 min for rebuttal. At oral
                argument parties requested to emphasize most important
                points (see file for full order) by Honorable James A.
                Redden (counsel notified) (sher) [Entry date 03/11/99]


Docket as of February 7, 2001 12:29 pm                     Page 14

Proceedings include all events.                            TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al         APPEAL

3/16/99  131    RECORD OF PROCEEDINGS before Honorable James A. Redden
                Defendant Intevenor's MOTION FOR PRELIMINARY INJUNCTION
                [76-1] taken under advisement as of 3/16/99 (counsel
                notified) Court Rptr Jerry Harris (sher)
                [Entry date 03/17/99]

3/16/99  132    EXHIBIT 122 by Defendants re exhibits [120-1] (sher)
                [Entry date 03/17/99]

3/19/99  133    2ND DECLARATION by Plaintiffs  of David S Dobkin (tely)
                [Entry date 03/23/99]

3/19/99  134    CERTIFICATE OF SERVICE of declaration [133-1] by Plaintiffs
                (tely) [Entry date 03/23/99]

3/31/99  135    APPEARANCE OF ATTORNEY for Plaintiffs OR Natural Desert,
                Oregon Wildlife Fed, Idaho Watershed Proj, Comm for Idaho
                High by Stephanie M Parent (sher) [Entry date 04/02/99]

3/31/99  136    CERTIFICATE OF SERVICE of attorney [135-1] by Plaintiffs
                (sher) [Entry date 04/02/99]

6/2/99   137    RECORD OF ORDER  by Honorable James A. Redden DENYING
                Intervenor's MOTION FOR ORDER TO VIEW PREMISES [88-1]
                (counsel notified) (sher) [Entry date 06/03/99]

6/9/99   319    CERTIFICATE OF SERVICE of exhibits [318-1], notice [317-1]
                by Defendant (ljb) [Entry date 06/12/00]

6/25/99  138    ORDER FROM 9th Circuit USCA: re Appellant's motion to
                voluntary dismissal of this appeal granted. DISMISSING
                Intervenor Defendant's 12/31/98 appeal [91-1] without

3:98cv97 OR Nat Desert Assn, et al v. Palma, et al                    http://peord/cgi-bin/dktq/dktf?jln=++&qstr=98-97&qfnstr=

```
                    prejudice to a later timely notice of appeal from an
                    appealable order C/A#99-35037 (sher) [Entry date 06/28/99]

7/6/99    139       NOTICE  OF FILING ORIGINAL AFFIDAVITS and the signature
                    page for Ralph Fillmore by Intervenor-defendant Oregon
                    Cattleman's (ljb) [Entry date 07/07/99]

7/6/99    140       AFFIDAVIT by Intervenor-defendant Oregon Cattleman's  of
                    Duncan S. MacKenzie: Original signature (ljb)
                    [Entry date 07/07/99]

7/6/99    141       AFFIDAVIT by Intervenor-defendant Oregon Cattleman's  of
                    Blair Wilson; Original Signature (ljb) [Entry date 07/07/99]

7/6/99    142       AFFIDAVIT by Intervenor-defendant Oregon Cattleman's  of
                    Dave Helfrich: Original signature (ljb)
                    [Entry date 07/07/99]

7/6/99    143       AFFIDAVIT by Intervenor-defendant Oregon Cattleman's  of
                    Helen L. Snapp; Original signature (ljb)
                    [Entry date 07/07/99]
```

Docket as of February 7, 2001 12:29 pm              Page 15

Proceedings include all events.                          TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al       APPEAL

```
7/6/99    144       NOTICE (Signature page of Ralph Fillmore) by
                    Intervenor-defendant Oregon Cattleman's (ljb)
                    [Entry date 07/07/99]

7/7/99    145       RECORD OF ORDER by Honorable James A. Redden: Setting an
                    Evidentiary Hearing at 9:30am on 9/13/99; in Courtroom 15B
                    (counsel notified) (kirk) [Entry date 07/08/99]

7/21/99   146       EXHIBIT #123-stable states & thresholds of range condition
                    on North American rangelands: A viewpoint-filed by
                    Defendants (tely)

7/21/99   147       EXHIBIT #124-Riparian grazing management that worked: I
                    introduction & winter grazing filed by Defendants (tely)

7/21/99   148       EXHIBIT #125 Discussion on Salix (Willows) A.H. Winward
                    filed by Defendants (tely)

7/21/99   149       EXHIBIT #149 average monthly floater use between 1993 &
                    1999 on the Owyhee River filed by Defendants (tely)

7/21/99   150       EXHIBIT #127 1993 Owyhee River Flow statistics (cubic
                    feet/second) filed by Defendants (tely)

7/21/99   151       EXHIBIT #128 Conversation record dated 5/24/99 filed by
                    Defendants (tely)

7/21/99   152       EXHIBIT #129 letter dated 5/30/99 to Mr. Taylor from Hilary
                    Ort filed by Defendants (tely)
```

```
7/21/99   153    EXHIBIT #130 letter dated 6/13/99 to Dear Sir from Bill
                 Meyer filed by Defendants (tely)

7/21/99   154    EXHIBIT #131 Riparian Area Management Book filed by
                 Defendants (tely)

7/21/99   155    EXHIBIT #132 Map filed by Defendants (tely)

7/21/99   156    EXHIBIT #133 W&SRPLAN-potential injunction impacts filed by
                 Defendants (tely)

7/21/99   157    EXHIBIT #134 Maps-West Little, North & South Fork Owyhee
                 River; Campbell & Louse Canyon allotment boundary; Cold
                 Spring & Anderson Crossing filed by Defendants (tely)

7/21/99   158    EXHIBIT #135 Maps-Owyhee River middle section; Three Forks;
                 Deary Pasture filed by Defendants (tely)
```

Docket as of February 7, 2001 12:29 pm                    Page 16

Proceedings include all events.                                      TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al                   APPEAL

```
7/21/99   159    EXHIBIT #136 Maps: Owyhee River lower section; Fletcher
                 Trail Area; Hike-out Camp;Hackberry Camp; Granite Creek;
                 Sand Springs; Virgin Bar Camp Area; Rustlers Cabin Camp
                 Area; Ryegrass Watergap; Bull Creek Watergap; Owl Cave Camp
                 Area; Double Cave Camp Area; Green Dragon Canyon; Jackson
                 Hole/Rhinehart Camp Areas; The Hold-In-The-Ground Camp Area;
                  Birch Creek Camp Areas filed by Defendants (tely)

7/21/99   160    INDEX as to Exhibits 123-139 filed by Defendants (tely)

7/21/99   161    EXHIBIT #137 Owyhee River Photo Index & Photographs (in
                 notebook) filed by Defendants (tely)

7/21/99   162    EXHIBIT #138 Video Tape Lower Owyhee June 1-6, 1999 -filed
                 by Defendants (tely) [Edit date 07/21/99]

7/21/99   163    EXHIBIT #139 Video tape-W. L Owyhee-June 1999 filed by
                 Defendants (tely)

8/17/99   164    DECLARATION by Plaintiffs of Stephanie M Parent (sher)

8/17/99   165    CERTIFICATE OF SERVICE of declaration [164-1] by Plaintiffs
                 (sher)

8/24/99   166    NOTICE OF ADDITIONAL EXHIBIT Video tape of Owyhee River #4
                 as Exhibit #3 by Intervenor-defendant Oregon Cattleman's
                 (sher) [Entry date 08/25/99]
```

| 8/24/99 | 167 | DESIGNATION OF EXPERT WITNESSES by Intervenor-defendant Oregon Cattleman's (sher) [Entry date 08/25/99] |
| 8/26/99 | 168 | OBJECTIONS by Plaintiffs to Intervenors failure to name witness on list [167-1] (sher) |
| 8/26/99 | 169 | CERTIFICATE OF SERVICE of objection [168-1] by Plaintiffs (sher) |
| 8/27/99 | 170 | RECORD OF ORDER: Intervenor should identify any possible witnesses by Friday 9/3/99 or forfeit right to call such witnesses at the hearing. Objection to videotape exhibit is overruled by Honorable James A. Redden (counsel notified) (sher) |
| 9/7/99 | 171 | SUPPLEMENTAL MEMORANDUM by Defendant IN OPPOSITION TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION [76-1] (ljb) |
| 9/7/99 | 172 | NOTICE by Defendants OF FILING DEPOSITION (ljb) |
| 9/8/99 | 173 | REPLY TO PLAINTIFFS MARCH 16, 1999 ORAL ARGUMENT EXHIBITS by Intervenor-defendant Oregon Cattleman's (ljb) |
| 9/8/99 | 174 | SECOND DECLARATION by Intervenor-defendant Oregon Cattleman's of Robert R. Kindschy IN SUPPORT OF REPLY TO PLAINTIFFS MARCH 16, 1999 ORAL ARGUMENT EXHIBITS [173-1] |

Docket as of February 7, 2001 12:29 pm          Page 17

Proceedings include all events.                          TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al        APPEAL

|  |  | (ljb) |
| 9/8/99 | 175 | DECLARATION by Intervenor-defendant Oregon Cattleman's of Garwin E. Lorain IN SUPPORT OF REPLY TO PLAINTIFFS MARCY 16, 1999 ORAL ARGUMENT EXHIBITS [173-1] (ljb) |
| 9/8/99 | 176 | NOTICE OF FILING DECLARATIONS IN SUPPORT OF REPLY TO PLAINTIFFS MARCH 16, 1999 ORAL ARGUEMNT EXHIBITS by Intervenor-defendant Oregon Cattleman's (ljb) |
| 9/9/99 | 177 | DECLARATION by Plaintiffs of Katie Fite (ljb) |
| 9/9/99 | 178 | SECOND DECLARATION by Plaintiffs of Stephanie M. Parent (ljb) |
| 9/9/99 | 179 | CERTIFICATE OF SERVICE of declaration [178-1], declaration [177-1] by Plaintiff (ljb) |
| 9/9/99 | 180 | EXHIBITS L-AA TO SECOND DECLARATION OF STEPHANIE M. PARENT [178-1] (ljb) |
| 9/10/99 | 181 | SECOND DECLARATION by Plaintiffs of Katie Fite (ljb) |
| 9/10/99 | 182 | CERTIFICATE OF SERVICE of declaration [181-1] by Plaintiff (ljb) |
| 9/10/99 | 183 | MOTION by Defendant Ed Singleton, Defendant Jerry L Taylor, |

|  |  | Defendant BLM, Defendant Dept of Interior TO WITHDRAW AND SUBSTITUTE PLEADING (ljb) [Entry date 09/13/99] |
|--|--|--|
| 9/10/99 | 184 | DECLARATION by Defendant  of Kristine Olson re MOTION TO WITHDRAW AND SUBSTITUTE PLEADING [183-1] (ljb) [Entry date 09/13/99] |
| 9/10/99 | 185 | SUPPLEMENTAL MEMORANDUM by Defendant IN OPPOSITION TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION [76-1] Reply due 9/24/99 (ljb) [Entry date 09/13/99] |
| 9/13/99 | 193 | RECORD OF PROCEEDINGS (Evidentiary Hearing) before Honorable James A. Redden; Witnesses sworn and evidence adduced; the court will advise parties of addiction briefing or argument (counsel notified) (ljb) [Entry date 09/15/99] |
| 9/14/99 | 186 | MOTION  by Plaintiffs TO STRIKE (ljb) [Entry date 09/15/99] |
| 9/14/99 | 187 | NOTICE by Plaintiffs OF FILING DECALRATIONS (ljb) [Entry date 09/15/99] |
| 9/14/99 | 188 | DECLARATION by Plaintiff  of Katie Fite (ljb) [Entry date 09/15/99] |
| 9/14/99 | 189 | SECOND DECLARATION by Plaintiff  of Katie Fite (ljb) [Entry date 09/15/99] |

Docket as of February 7, 2001 12:29 pm            Page 18

Proceedings include all events.                      TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al        APPEAL

| 9/14/99 | 190 | CERTIFICATE OF SERVICE of declaration [189-1], declaration [188-1] by Plaintiffs of the above with original signatures (ljb) [Entry date 09/15/99] |
|--|--|--|
| 9/14/99 | 191 | THIRD DECLARATION by Plaintiffs of Katie Fite (ljb) [Entry date 09/15/99] |
| 9/14/99 | 192 | CERTIFICATE OF SERVICE of declaration [191-1], MOTION TO STRIKE [186-1] by Plaintiff (ljb) [Entry date 09/15/99] |
| 9/17/99 | 194 | MOTION by Intervenor-defendant Oregon Cattleman's TO STRIKE DECLARATIONS OF KATIE FITE AND THE DOCUMENTS ATTACHED THERETO (ljb) |
| 9/20/99 | 196 | RECORD OF ORDER by Honorable James A. Redden DENYING intervenors MOTION TO STRIKE DECLARATIONS OF KATIE FITE AND THE DOCUMENTS ATTACHED THERETO [194-1]; and DENYING plaintitfs MOTION TO STRIKE [186-1] (counsel notified) (ljb) [Entry date 09/22/99] |
| 9/21/99 | 195 | TRANSCRIPT of hearing on 9/13/99 before Honorable James A. Redden court reporter: Katherine Eismann (ljb) |
| 9/23/99 | 197 | NOTICE OF FILING CORRECTIONS TO THE DEPOSITION TRANSCRIPT |

```
                      OF DR. DAVID BODKIN by Plaintiffs (ljb)
                      [Entry date 09/24/99]

9/23/99  198   CERTIFICATE OF SERVICE of notice [197-1] by Plaintiff (ljb)
                      [Entry date 09/24/99]

10/6/99  199   NOTICE OF FILING SUBSTITUTED DECLARATION by
                      Intervenor-defendant Oregon Cattleman's (ljb)
                      [Entry date 10/07/99]

10/7/99  200   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                      Garwin E. Lorain (ljb)

11/4/99  201   DECLARATION by Defendants of Jerry L. Taylor (ljb)
                      [Entry date 11/05/99]

11/15/99 202   MOTION  by Defendants TO CORRECT TRANSCRIPT OF HEARING (ljb)
                      [Entry date 11/16/99]

11/18/99 203   RESPONSE by Plaintiff to MOTION TO CORRECT TRANSCRIPT OF
                      HEARING [202-1]; Reply due 12/2/99 (ljb)

11/18/99 204   CERTIFICATE OF SERVICE of MOTION response [203-1] by
                      Plaintiffs (ljb)
```

```
Docket as of February 7, 2001 12:29 pm              Page 19

Proceedings include all events.                     TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al  APPEAL

11/18/99 205   OPINION AND ORDER: The BLM is permanently enjoined to
                      eliminate domestic sheep and cattle grazing from all of the
                      areas of concern indentified in the 1993 Plan, commencing
                      4/1/00; The BLM is permanently enjoined to eliminate all
                      grazing permits which allow the presence of domestic sheep
                      and cattle in the areas of concern as of 4/1/00; The BLM is
                      enjoined to take any other action necessary to exclude
                      livestock from the areas as of 4/1/00; the court will
                      consider ordering implementation of alternative methods
                      rather than entering the injunction if the parties can reach
                      an agreement on an alternative method for eliminating the
                      negative impact of domestic livestock grazing in the areas
                      of concern; the court will retain jurisdiction until the
                      reports to the court that the environmental impact has been
                      completed. Signed 11/18/99 by Honorable James A. Redden
                      (microfilmed 11/18/99) (counsel notified) (ljb)
                      [Entry date 11/19/99] [Edit date 12/01/99]

12/2/99  206   RECORD OF ORDER by Honorable James A. Redden GRANTING
                      defendants MOTION TO WITHDRAW AND SUBSTITUTE PLEADING
                      [183-1];  GRANTING defendants MOTION TO CORRECT TRANSCRIPT
                      OF HEARING [202-1] (counsel notified) (ljb)
```

12/20/99  207    NOTICE OF APPEAL to Court of Appeals by
                 Intervenor-defendant Oregon Cattleman's from the  opinion
                 order [205-1] dated 11/18/99; # 427214 (ljb)
                 [Entry date 12/22/99]

12/20/99  208    REPRESENTATION STATEMENT by Intervenor-defendant Oregon
                 Cattleman's (ljb) [Entry date 12/22/99]

12/28/99  --     NOTIFICATION OF APPEAL mailed to Court of Appeals For the
                 Ninth Circuit and to counsel along with copy of appealed
                 document and docket sheet. REPRESENTATION STATEMENT and
                 CADS mailed to Court of Appeals. (tomg)

12/28/99  209    MOTION  by Intervenor-defendant Oregon Cattleman's TO STAY
                 OR MODIFY PERMANENT INJUNCTION (ljb)

12/28/99  210    MEMORANDUM IN SUPPORT by Intervenor-defendant Oregon
                 Cattleman's of MOTION TO STAY OR MODIFY PERMANENT
                 INJUNCTION [209-1] (ljb)

12/28/99  211    MOTION by Intervenor-defendant Oregon Cattleman's FOR
                 EXPEDITED CONSIDERATION OF INTERVENORS MOTION TO STAY OR
                 MODIFY PERMANENT INJUNCTION (ljb)

12/28/99  212    NOTICE OF FILING DECLARATIONS AND AFFIDAVITS NOTICE OF
                 FILING FACSIMILE DECLARATIONS AND FACSIMILE AFFIDAVITS by
                 Intervenor-defendant Oregon Cattleman's (ljb)

1/7/00    213    NOTICE OF CORRECTED CAPTION by Intervenor-defendant Oregon
                 Cattleman's (ljb)

Docket as of February 7, 2001 12:29 pm              Page 20

Proceedings include all events.                              TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al           APPEAL

1/7/00    214    MEMORANDUM by Plaintiff IN OPPOSITION TO INTERVENORS MOTION
                 TO STAY OR MODIFY PERMANENT INJUNCTION [209-1]; Reply due
                 1/21/00 (ljb) [Entry date 01/10/00]

1/7/00    215    MOTION  by Plaintiffs TO STRIKE declaration and affidavits
           (ljb) [Entry date 01/10/00]

1/7/00    216    CERTIFICATE OF SERVICE of MOTION TO STRIKE declaration and
                 affidavits [215-1], memorandum [214-1] by Plaintiff (ljb)
                 [Entry date 01/10/00]

1/7/00    217    TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s) Oral
                 Argument 3/16/99 appeal [207-1] (ljb) [Entry date 01/10/00]

1/10/00   218    TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s) Oral
                 Argument 9/13/99 appeal [207-1] (already filed) (ljb)

1/10/00   219    NOTICE OF CORRECTED SERVICE OF INTERVENORS NOTICE OF
                 CORRECTED CAPTION by Intervenor-defendant Oregon
                 Cattleman's (ljb)

| | | |
|---|---|---|
| 1/10/00 | 220 | MOTION by Intervenor-defendant Oregon Cattleman's TO STAY, or in the alternative TO MODIFY PERMANENT INJUNCTION; Expedited consideration requested (ljb) |
| 1/10/00 | 221 | NOTICE OF FILING ERRATA TO MOTION TO STAY OR MODIFY PERMANENT INJUCTION by Intervenor-defendant Oregon Cattleman's (ljb) |
| 1/10/00 | 222 | NOTICE OF FILING COLOR COPIES OF EXHIBITS by Plaintiffs (ljb) [Entry date 01/11/00] |
| 1/13/00 | 224 | NOTICE OF APPEAL to Court of Appeals by Defendants from opinion order [205-1] and opinion order [86-1]. No appeal received. USA appellants (tomg) [Entry date 01/18/00] |
| 1/14/00 | 223 | ORDER SUBSTITUTING PARTY by Honorable James A. Redden; Juan Palma, District Manager, Vale District, Bureau of Land Management, is substituted for Ed Singleton. Signed 1/14/00 (counsel notified) (ljb) |
| 1/18/00 | -- | NOTIFICATION OF APPEAL mailed to Court of Appeals For the Ninth Circuit and to counsel along with copy of appealed document and docket sheet. No CADS (tomg) |
| 1/18/00 | 225 | CERTIFIED COPY OF ORDER from the US Court of Appeals for the Ninth Circuit [207-1] appeal #00-35023; transcript order form with the district court by 1/19/00; court reporter to file transcript in district court by 2/22/00; appellant's opening brief  due 4/6/00; appellee's brief due 5/8/00. (ljb) |

Docket as of February 7, 2001 12:29 pm                    Page 21

Proceedings include all events.                                              TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al                          APPEAL

| | | |
|---|---|---|
| 1/19/00 | 226 | RECORD OF ORDER by Honorable James A. Redden  Telephone Status Conference set for 2/7/00 at 1:30pm (counsel notified) (ljb) [Entry date 01/20/00] |
| 1/21/00 | 227 | NOTICE by Intervenor-defendant Oregon Cattleman's Association of Filing Declarations & Affidavits (kirk) [Entry date 01/24/00] |
| 1/21/00 | 228 | MEMORANDUM by Intervenor-defendant Oregon Cattleman's Association IN OPPOSITION to Plaintiffs MOTION TO STRIKE declaration and affidavits [215-1]; Reply due 2/4/00 (kirk) [Entry date 01/24/00] |
| 1/21/00 | 229 | MOTION by Intervenor-defendant Oregon Cattleman's Association FOR LEAVE TO FILE OVERSIZE EXHIBIT (kirk) [Entry date 01/24/00] |
| 1/21/00 | 230 | NOTICE by Intervenor-defendant Oregon Cattleman's |

        Association of Intent to File Copy of Exhibit 1 (kirk)
        [Entry date 01/24/00]

1/21/00  231  REPLY by Intervenor-defendant Oregon Cattleman's
        Association to Plaintiffs Opposition to Intervenors
        MOTION TO STAY OR MODIFY PERMANENT INJUNCTION [209-1] (kirk)
        [Entry date 01/24/00]

1/24/00  232  NOTICE by Intervenor-defendant Oregon Cattleman's
        Association of Filing Court Copy of Exhibit 1 for Inclusion
        with Reply to Plaintiffs Opposion to Intervenor's Motion
        to Stay or Modify Permanent Injunction (kirk)

1/25/00  233  REPRESENTATION STATEMENT by Federal Defendants (ljb)
        [Entry date 01/26/00]

1/25/00  234  TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s);
        10/15/98, 9/13/99, 3/16/99 on appeal [224-1] (ljb)
        [Entry date 01/26/00]

1/28/00  235  THIRD DECLARATION by Defendant  of Jerry L. Taylor (ljb)
        [Entry date 01/31/00]

1/28/00  236  DEFENDANT'S INDEX TO EXHIBITS 141-152 (MAPS OF INJUCTION
        IMPACTS AND PROPOSED PROJECTS) (ljb) [Entry date 01/31/00]

1/28/00  237  EXHIBIT 141 by Defendants-Wilderness Study Areas-Location
        on Owyhee Wild And Scenic Rivers (ljb) [Entry date 01/31/00]

1/28/00  238  EXHIBIT 142 by Defendants-Impacts of Owyhee Rivers
        Injunction (ljb) [Entry date 01/31/00]

1/28/00  239  EXHIBIT 143 - Proposed Wyhee W&SR Projects-Overview from
        Campbell Watergap to Five Bar Watergap (ljb)
        [Entry date 01/31/00]

Docket as of February 7, 2001 12:29 pm              Page 22

Proceedings include all events.                         TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al      APPEAL

1/28/00  240  EXHIBIT 144 - Proposed Owyhee W&SR Projects-Overview from
        Five Bar Watergap to Sand Hollow Watergap (ljb)
        [Entry date 01/31/00]

1/28/00  241  EXHIBIT 145 - Proposed Owyhee W&SR Projects-Overview from
        Sand Hollow Watergap to Greeley Bar Watergap (ljb)
        [Entry date 01/31/00]

1/28/00  242  EXHIBIT 146 - Proposed Owyhee W&SR Projects-Close-up
        Campbell, Louse Canyon, and Anderson Crossing Watergaps (ljb)
        [Entry date 01/31/00]

1/28/00  243  EXHIBIT 147 - Proposed Owyhee W&SR Projects-Close-up Five
        Bar Watergap and Three Forks Trail (ljb)
        [Entry date 01/31/00]

| | | |
|---|---|---|
| 1/28/00 | 244 | EXHIBIT 148 - Proposed Owyhee W&SR Projects-Close-up  Deary Pasture and Three Forks Trail (ljb) [Entry date 01/31/00] |
| 1/28/00 | 245 | EXHIBIT 149 - Proposed Owyhee W&SR Projects- Close-up Sand Hollow Watergap` (ljb) [Entry date 01/31/00] |
| 1/28/00 | 246 | EXHIBIT 150 - Proposed Owyhee W&SR Projects-Close-up Fletcher Trail Watergap, Sand Springs Watergap and Granite Creek Watergap (ljb) [Entry date 01/31/00] |
| 1/28/00 | 247 | EXHIBIT 151 - Proposed Owyhee W&SR Projects-Close-up Ryegrass and Navaro Watergap/Trail and Bull Creek Watergap (ljb) [Entry date 01/31/00] |
| 1/28/00 | 249 | CERTIFICATE OF SERVICE of exhibits [248-1], exhibits [247-1], exhibits [246-1], exhibits [245-1], exhibits [244-1], exhibits [243-1], exhibits [242-1], exhibits [241-1], exhibits [240-1], exhibits [239-1], exhibits [238-1], exhibits [237-1], remark documents [236-1], declaration [235-1] by Defendant (ljb) [Entry date 01/31/00] |
| 1/31/00 | 248 | EXHIBIT 152 - Proposed Owyhee W&SR Projects-Close-up Greeley Bar Watergap (ljb) |
| 1/31/00 | 250 | MOTION  by Intervenor-defendant Oregon Cattleman's TO STRIKE PLAINTIFFS' EXHIBITS FF THROUGH SS (ljb) [Entry date 02/01/00] |
| 1/31/00 | 251 | MEMORANDUM IN SUPPORT by Intervenor-defendant Oregon Cattleman's of MOTION TO STRIKE PLAINTIFFS' EXHIBITS FF THROUGH SS [250-1] (ljb) [Entry date 02/01/00] |
| 1/31/00 | 252 | NOTICE OF FILING FACSIMILE DECLARATION by Intervenor-defendant Oregon Cattleman's (ljb) [Entry date 02/01/00] |
| 2/1/00 | 253 | TRANSCRIPT  of proceedings of 3/16/99  before Honorable James A. Redden   court reporter: Jerry Harris (ljb) |

Docket as of February 7, 2001 12:29 pm                Page 23

Proceedings include all events.                                  TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al               APPEAL

| | | |
|---|---|---|
| 2/2/00 | 254 | NOTICE OF FILING ORIGINAL DECLARATION OF CHRIS BENGOA Intervenor-defendant Oregon Cattleman's (ljb) |
| 2/2/00 | 255 | NOTIFICATION by US Court of Appeals for the Ninth Circuit of Docket Number 00-35079 by Defendants  regarding appeal filed 1/13/00 [224-1] (ljb) |
| 2/2/00 | 256 | CERTIFIED COPY OF ORDER from the US Court of Appeals for the Ninth Circuit [224-1] CA #00-35079; Time Schedule Order: appellant to notify appellee of transcripts to be ordered due 1/24/00; appelle to notify appellant of any additional transcripts needed by 2/2/00; appellant to file transcript order form by 2/14/00; court reporter to file |

```
                   transcript by 3/14/00; appellant's opening brief due 5/1/00;
                    appellee's brief to be filed by 5/30/00 (ljb)

2/3/00   257    MOTION  by Plaintiffs TO STRIKE (ljb) [Entry date 02/04/00]

2/3/00   258    REPLY  by Plaintiff IN SUPPORT OF MOTION TO STRIKE AND
                MEMORANDUM IN SUPPORT OF PLAINTIFFS  MOTION TO STIKE
                ADDITIONAL DECLARTIONS [215-1] (ljb) [Entry date 02/04/00]

2/3/00   259    CERTIFICATE OF SERVICE of MOTION reply [258-1], MOTION TO
                STRIKE [257-1] by Plaintiff (ljb) [Entry date 02/04/00]

2/8/00   260    APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                Jack K. Sterne;  Local Counsel: Stephanie Parent
                representing Plaintiff OR Natural Desert, Plaintiff Oregon
                Wildlife Fed, Plaintiff Idaho Watershed Proj, Plaintiff
                Comm for Idaho High ; Fee waived; Approved 2/7/00 by
                Honorable Anna J. Brown (counsel notified) (ljb)

2/9/00   261    SUBSTITUTION of Attorney Scott W Horngren replacing
                attorney Jeffrey B Wilkinson for Oregon Cattleman's (kirk)
                [Entry date 02/10/00]

2/11/00  262    MEMORANDUM by Plaintiff IN OPPOSITION  MOTION TO STRIKE
                PLAINTIFFS' EXHIBITS FF THROUGH SS [250-1] Reply due
                2/25/00 (ljb)

2/11/00  263    FOURTH DECLARATION by Plaintiff  of Katie Fite (ljb)

2/17/00  264    MEMORANDUM by Intervenor-defendant Oregon Cattleman's  IN
                OPPOSITION  to Plaintiff's MOTION TO STRIKE [257-1] Reply
                due 3/2/00 (tely)

2/17/00  265    DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Duncan S Mackenzie re memorandum [264-1]-facsimile copy
                (tely)

2/25/00  266    REPLY TO RESPONSE by Intervenor-defendant Oregon
                Cattleman's  re MOTION TO STRIKE PLAINTIFFS' EXHIBITS FF
                THROUGH SS [250-1] (tely)




Docket as of February 7, 2001 12:29 pm              Page 24

Proceedings include all events.                          TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al       APPEAL


3/8/00   267    RECORD OF ORDER  by Honorable James A. Redden:
                Implementation of the permanent injunction is STAYED for 30
                days to 5/1/00.  All pending motions remain under
                advisement (counsel notified) (ljb) [Entry date 03/13/00]

3/13/00  268    MOTION  by Defendants TO MODIFY ORDER IMPOSING INJUNCTION
                Oral Argument Requested (ljb) [Entry date 03/14/00]

3/13/00  269    MEMORANDUM IN SUPPORT by Defendant of MOTION TO MODIFY
                ORDER IMPOSING INJUNCTION [268-1] (ljb)
                [Entry date 03/14/00]
```

3/13/00   270   FOURTH DECLARATION by Defendant  of Jerry L. Taylor re
                MOTION TO MODIFY ORDER IMPOSING INJUNCTION [268-1] (ljb)
                [Entry date 03/14/00]

3/13/00   271   FIFTH DECLARATION by Defendant  of 268 re MOTION TO MODIFY
                ORDER IMPOSING INJUNCTION [268-1] (ljb)
                [Entry date 03/14/00]

3/13/00   272   DEFENDANTS EXHIBIT 140 (ljb) [Entry date 03/14/00]

3/13/00   273   DEFENDANTS EXHIBITS 153 Proposed Owyhee W&SR
                Projects-Greeley Bar Watergap (ljb) [Entry date 03/14/00]

3/13/00   274   DEFENDANTS EXHIBIT 154 Proposed Owyhee W&SR Projects -
                Upper West Little Owyhee (ljb) [Entry date 03/14/00]

3/13/00   275   CERTIFICATE OF SERVICE of exhibits [274-1], exhibits
                [273-1], exhibits [272-1], declaration [271-1], declaration
                [270-1], memorandum [269-1], MOTION TO MODIFY ORDER
                IMPOSING INJUNCTION [268-1] by Defendant (ljb)
                [Entry date 03/14/00]

3/14/00   276   RECORD OF ORDER by Honorable James A. Redden telephone
                conference set for 10:30am on 3/16/00 (counsel notified)
                (ljb) [Entry date 03/15/00]

3/16/00   277   RECORD OF PROCEEDINGS (Telephone Conference) before
                Honorable James A. Redden;  MOTION TO MODIFY ORDER IMPOSING
                INJUNCTION [268-1] Response due 3/24/00; Reply due 3/31/00
                telephone conference set for 9:30am on 4/3/00 (counsel
                notified) (ljb) [Entry date 03/17/00]

3/21/00   278   CERTIFIED COPY OF ORDER from the US Court of Appeals for
                the Ninth Circuit [224-1], [207-1]; Appellees' partially
                opposed motion to consolidate Appeal Nos. 00-35023 and
                00-35079 is GRANTED. The briefing schedule set forth in
                00-35079 shall govern these consolidated appeals. (ljb)
                [Entry date 03/22/00]

Docket as of February 7, 2001 12:29 pm             Page 25

Proceedings include all events.                              TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al           APPEAL

3/22/00   279   CERTIFICATE OF RECORD transmitted to US Court of Appeals
                for the Ninth Circuit re appeal No. 00-35079 [224-1], and
                appeal No. 00-35023 [207-1] (ljb)

3/24/00   280   RESPONSE by Plaintiff to MOTION TO MODIFY ORDER IMPOSING
                INJUNCTION [268-1] Reply due 4/7/00 (ljb)
                [Entry date 03/27/00]

3/24/00   281   RESPONSE by Intervenor-defendant Oregon Cattleman's  to
                DEFENDANTS MOTION TO MODIFY ORDER IMPOSING INJUNCTION

```
                [268-1] Reply due 4/7/00 (ljb) [Entry date 03/27/00]

3/24/00   282   THIRD AFFIDAVIT by Intervenor-defendant Oregon Cattleman's
                of Lazaro Mendieta (no signature) (ljb)
                [Entry date 03/27/00]

3/24/00   283   NOTICE OF FILING UNSIGNED THIRD AFFIDAVIT OF LAZARO
                MENDIETA by Intervenor-defendant Oregon Cattleman's (ljb)
                [Entry date 03/27/00]

3/24/00   284   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Ralph Fillmore re MOTION response [281-1] (not orginal
                signature) (ljb) [Entry date 03/27/00]

3/24/00   285   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Chris Bengoa re MOTION response [281-1] (not orginal
                signature) (ljb) [Entry date 03/27/00]

3/24/00   286   JOINT DECLARATION by Intervenor-defendant Oregon Cattleman's
                of Susan Nouque, Bruce Easterday, and George Wilkinson re
                MOTION TO MODIFY ORDER IMPOSING INJUNCTION [268-1] (not
                original signature) (ljb) [Entry date 03/27/00]
                [Edit date 03/27/00]

3/24/00   287   NOTICE OF FILING FACSIMILE DECLARTATIONS by
                Intervenor-defendant Oregon Cattleman's (ljb)
                [Entry date 03/27/00]

3/28/00   288   NOTICE OF FILING ORIGINAL AFFIDAVIT AND DELCARATION by
                Intervenor-defendant Oregon Cattleman's (ljb)
                [Entry date 03/29/00]

3/28/00   289   SECOND AFFIDAVIT by Intervenor-defendant Oregon Cattleman's
                of Frederick W. Obermiller (original signature) (ljb)
                [Entry date 03/29/00]

3/28/00   290   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Charles Wood (original signature) (ljb)
                [Entry date 03/29/00]

3/28/00   291   NOTICE OF FILING ORIGINAL DECLARATIONS AND AFFIDAVITS by
                Intervenor-defendant Oregon Cattleman's (ljb)
                [Entry date 03/29/00]




Docket as of February 7, 2001 12:29 pm            Page 26

Proceedings include all events.                          TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al       APPEAL

3/28/00   292   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Richard Johnson (original signature) (ljb)
                [Entry date 03/29/00]

3/28/00   293   THIRD DECLARATION by Intervenor-defendant Oregon
                Cattleman's of Garwin E. Lorain (original signature) (ljb)
                [Entry date 03/29/00]
```

3/28/00   294   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Gertrude Anderson (original signature) (ljb)
                [Entry date 03/29/00]

3/28/00   295   AFFIDAVIT by Intervenor-defendant Oregon Cattleman's  of
                John Nouque (original signature) (ljb) [Entry date 03/29/00]

3/28/00   296   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Ralph Fillmore (original signature) (ljb)
                [Entry date 03/29/00]

3/28/00   297   NOTICE OF FILING ORIGINAL DECLARATION by
                Intervenor-defendant Oregon Cattleman's (ljb)
                [Entry date 03/29/00]

3/28/00   298   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Duncan S. Mackenzie (original signature) (ljb)
                [Entry date 03/29/00]

3/28/00   299   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Ed Dowell (original signature) (ljb) [Entry date 03/29/00]

3/30/00   300   REPLY  by Defendants re MOTION TO MODIFY ORDER IMPOSING
                INJUNCTION [268-1] (ljb) [Entry date 03/31/00]

3/30/00   301   CERTIFICATE OF SERVICE of MOTION reply [300-1] by Defendant
                (ljb) [Entry date 03/31/00]

3/31/00   302   NOTICE OF SUPPLEMENT TO INTERVENORS RESPONSE TO DEFENDANTS
                MOTION TO MODIFY ORDER IMPOSING INJUCTIVE RELIEF by
                Intervenor-defendant Oregon Cattleman's to [281-1] (ljb)

3/31/00   303   REPLY by Plaintiff TO INTERVENORS RESPONSE TO DEFENDANTS
                MOTION TO MODIFY ORDER IMPOSING INJUCTION [281-1] (ljb)

3/31/00   304   REPLY by Intervenor-defendant Oregon Cattleman's SUPPORTING
                THE BLM'S MOTION TO MODIFY ORDER IMPOSING INJUNCTION
                [268-1] (ljb) [Entry date 04/03/00]

3/31/00   305   NOTICE OF FILING FACSIMILE DECLARATION by
                Intervenor-defendant Oregon Cattleman's (ljb)
                [Entry date 04/03/00]

4/3/00    306   DECLARATION by Intervenor-defendant Oregon Cattleman's  of
                Garwin E. Lorain re reply [304-1] (ljb)

Docket as of February 7, 2001 12:29 pm          Page 27

Proceedings include all events.                        TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al      APPEAL

4/3/00    308   RECORD OF PROCEEDINGS before Honorable James A. Redden;
                MOTION TO MODIFY ORDER IMPOSING INJUNCTION [268-1] is taken
                under advisement as of 4/3/00; the parties are to draft a
                proposed order and report to the court. (counsel notified)
                Court Rptr Kathy Eismann (ljb) [Entry date 04/07/00]

4/5/00    307    NOTICE OF FILING ORIGINAL ATTACHMENT (map) by
               Intervenor-defendant Oregon Cattleman's (ljb)

4/19/00   309    ORIGINAL DECLARATION by Intervenor-defendant Oregon
               Cattleman's of Garwin E Lorain re declaration [306-1] (tely)

4/20/00   310    NOTICE OF FILING ORIGINAL DECLARATIONS by
               Intervenor-defendant Oregon Cattleman's (ljb)
               [Entry date 04/21/00]

4/25/00   311    RESPONSE by Intervenor-defendant Oregon Cattleman's  to 3RD
               PROPOSED ORDER OF MODIFIED INJUNCTION (ljb)

4/26/00   312    RESPONSE by Plaintiffs to DEFENDANTS 3RD PROPOSED OREDER ON
               MOTION TO MODIFY INJUNCTION [300-1] (ljb)

4/26/00   313    RECORD OF ORDER by Honorable James A. Redden telephone
               conference set for 10:00am on 4/28/00 (counsel notified)
               (ljb)

4/26/00   314    REPLY by Defendants to PLAINTIFFS AND TO INTERVENORS
               RESPONSES TO 3RD PROPOSED ORDER OF MODIFEID INJUNCTION
               [312-1] [311-1] (ljb)

4/28/00   315    ORDER  OF MODIFIED INJUNCTION by Honorable James A. Redden;
               the Court hereby modifies the Injunction in its Opinion and
               Order of 11/18/99 (see formal 8 page Order) Signed 4/28/00
               (counsel notified) (ljb) [Entry date 05/02/00]

6/2/00    316    CERTIFIED COPY OF ORDER from the US Court of Appeals for
               the Ninth Circuit on Appeals number 00-35023 and 00-35079
               [207-1], [224-1]; Granting motions to extend time for
               filing opening briefs. Opening brief for appellant Oregon
               Cattleman's Association due 6/28/00; opening brief for the
               Federal appellants due 6/30/00, the answering brief is due
               7/31/00. (ljb)

6/9/00    317    NOTICE OF FILING EXHIBIT 155 AND REPORT OF TRESPASS filed
               by Defendant (ljb) [Entry date 06/12/00]

6/9/00    318    EXHIBIT 155 W&SR Project Layout Upper West Little Owyhee
               [317-1] (ljb) [Entry date 06/12/00]

Docket as of February 7, 2001 12:29 pm          Page 28

Proceedings include all events.                          TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al       APPEAL

6/15/00   320    RECORD OF ORDER by Honorable James A. Redden: To the extent
               these motions are not reflected in the 4/28/00 Order of
               Modified Injunction (#315) the following motions are MOOT:
               MOTION TO MODIFY ORDER IMPOSING INJUNCTION [268-1], MOTION

TO STRIKE [257-1], MOTION TO STRIKE PLAINTIFFS' EXHIBITS FF
THROUGH SS [250-1], MOTION FOR LEAVE TO FILE OVERSIZE
EXHIBIT [229-1], MOTION TO STAY [220-1], MOTION TO MODIFY
PERMANENT INJUNCTION [220-2], MOTION TO STRIKE declaration
and affidavits [215-1], MOTION FOR EXPEDITED CONSIDERATION
OF INTERVENORS MOTION TO STAY OR MODIFY PERMANENT
INJUNCTION [211-1], MOTION TO STAY OR MODIFY PERMANENT
INJUNCTION [209-1] (counsel notified) (ljb)
[Entry date 06/16/00]

9/21/00  321   CERTIFIED COPY OF ORDER from the US Court of Appeals for
               the Ninth Circuit on appeal #00-35023 [207-1]; Joint motion
               to stay proceedings is granted. (ljb) [Entry date 09/25/00]

9/26/00  322   UNOPPOSED MOTION  by Defendants TO AMEND ORDER OF MODIFIED
               INJUCTION (ljb) [Entry date 09/27/00]

9/26/00  323   DEFENDANTS'EXHIBIT 156-AGREEMENT IN PRINCIPLE, SADDLE BUTTE
               PIPELINES PROJECT, DATED 9/19/00 (ljb) [Entry date 09/27/00]

9/26/00  324   DEFENDANTS' EXHIBIT 157- SADDLE BUTTE PIPELINES-FINAL,
               DATED 9/20/00 (ljb) [Entry date 09/27/00]

9/26/00  325   CERTIFICATE OF SERVICE of exhibits [324-1], exhibits
               [323-1], MOTION TO AMEND ORDER OF MODIFIED INJUCTION
               [322-1] by Defendant (ljb) [Entry date 09/27/00]

9/26/00  326   RESPONSE by Plaintiff to DEFENDANTS' MOTION TO AMEND ORDER
               OF MODIFIED INJUCTION [322-1] (ljb) [Entry date 09/27/00]

9/26/00  327   FIFTH DECLARATION by Plaintiffs  of Katie Fite (ljb)
               [Entry date 09/27/00]

10/6/00  328   ORDER by Honorable James A. Redden GRANTING Defendants
               unopposed MOTION TO AMEND ORDER OF MODIFIED INJUNCTION
               [322-1] (Order Amending Order of Modified Injuction is
               filed as a separate document) Signed 10/6/00 (counsel
               notified) (ljb) [Entry date 10/10/00]

10/6/00  329   ORDER  AMENDING ORDER OF MODIFIED INJUCTION [315-1] by
               Honorable James A. Redden Signed 10/6/00 (counsel notified)
               (ljb) [Entry date 10/10/00]

11/28/00 330   MOTION  by Plaintiff FOR ATTORNEY FEES, and FOR COSTS (ljb)
               [Entry date 12/04/00]

11/28/00 331   MEMORANDUM IN SUPPORT by Plaintiff of MOTION FOR ATTORNEY
               FEES [330-1], of MOTION FOR COSTS [330-2] (ljb)
               [Entry date 12/04/00]

Docket as of February 7, 2001 12:29 pm                 Page 29

Proceedings include all events.                              TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al           APPEAL

11/28/00 332   DECLARATION by Plaintiff  of Stephanie M. Parent re MOTION
               FOR ATTORNEY FEES [330-1], re MOTION FOR COSTS [330-2] (ljb)

3:98cv97 OR Nat Desert Assn, et al v. Palma, et al                    http://peord/cgi-bin/dktq/dktf?jln=++&qstr=98-97&qfnstr=

                         [Entry date 12/04/00]

11/28/00  333    DECLARATION by Plaintiff  of Jack K. Sterne re MOTION FOR
                 ATTORNEY FEES [330-1], re MOTION FOR COSTS [330-2] (ljb)
                 [Entry date 12/04/00]

11/28/00  334    DECLARATION by Plaintiff  of Gary K. Kahn re MOTION FOR
                 ATTORNEY FEES [330-1], re MOTION FOR COSTS [330-2] (not
                 original signature) (ljb) [Entry date 12/04/00]

11/28/00  335    CERTIFICATE OF SERVICE of declaration [334-1], declaration
                 [333-1], declaration [332-1], memorandum [331-1], MOTION
                 FOR ATTORNEY FEES [330-1], MOTION FOR COSTS [330-2] by
                 Plaintiff (ljb) [Entry date 12/04/00]

12/1/00   336    DECLARATION by Plaintiff  of Jack K. Sterne re MOTION FOR
                 ATTORNEY FEES [330-1], re MOTION FOR COSTS [330-2]
                 (original signature) (ljb) [Entry date 12/04/00]

12/4/00   337    ORDER FROM USCA  DISMISSING the appeal  filed 12/20/99
                 [207-1] CA 00-35023 pursuant to appellants motion for
                 voluntary dismissal. (tely) [Entry date 12/07/00]

12/8/00   338    MOTION  by Defendants TO EXTEND TIME TO RESPOND TO MOTION
                 FOR ATTORNEY FEES AND COSTS [330-1], [330-2] (ljb)

12/8/00   339    RECORD OF ORDER  by Honorable James A. Redden GRANTING
                 MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR ATTORNEY
                 FEES AND COSTS [330-1], [330-2] [338-1]; Response due
                 2/12/01 (counsel notified) (ljb) [Entry date 12/11/00]

12/8/00   340    NOTICE OF FILING ORIGINAL DECLARATION OF GARY K. KAHN IN
                 SUPPORT OF MOTION FOR ATTORNEY FEES AND COSTS by Plaintiff
                 (ljb) [Entry date 12/11/00]

12/14/00  341    MOTION  by Plaintiffs TO FILE AMENDED MEMORANDUM IN
                 SUPPORT OF MOTION FOR ATTORNEY FEES AND COSTS (ljb)
                 [Entry date 12/19/00]

12/14/00  342    CERTIFICATE OF SERVICE of MOTION TO FILE AMENDED MEMORANDUM
                 IN SUPPORT OF MOTION FOR ATTORNEY FEES AND COSTS [341-1] by
                 Plaintiff (ljb) [Entry date 12/19/00]

12/14/00  343    AMENDED MEMORANDUM IN SUPPORT by Plaintiff of MOTION FOR
                 ATTORNEY FEES [330-1], of MOTION FOR COSTS [330-2] (ljb)
                 [Entry date 12/19/00]

12/14/00  344    ORDER  by Honorable James A. Redden  GRANTING  MOTION TO
                 FILE AMENDED MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEY
                 FEES AND COSTS [341-1]  Signed 12/15/00 (counsel notified)
                 (ljb) [Entry date 12/19/00]

Docket as of February 7, 2001 12:29 pm              Page 30

Proceedings include all events.                         TERMED
3:98cv97 OR Nat Desert Assn, et al v. Palma, et al      APPEAL

[END OF DOCKET: 3:98cv97]